UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------

ANTHONY BROWN,

                      Plaintiff,

                                   9:06-CV-1497

      vs.

R.K. WOODS, Superintendent, Upstate
Correctional Facility; and IRISH, Correction
Officer, Upstate Correctional Facility,

                      Defendants.

--------------------------------------------------------------

APPEARANCES:

ANTHONY BROWN
Plaintiff, *pro se*
04-A-6182

David N. Hurd
United States District Judge

## O R D E R

Presently before the Court is an amended complaint filed by Anthony Brown

("Brown").  *See* Docket No. 10.  Such complaint was submitted by Brown in compliance with

the Order issued by this Court on January 25, 2007.

Since the amended complaint filed by Brown appears to cure the defects that existed

in his prior complaint, it may properly be filed with the Court.

THEREFORE, it is

ORDERED, that

1.  The Clerk shall issue summonses and forward them, along with copies of the

amended complaint, to the United States Marshal for service upon the defendants, together

with a copy of this Order;

2.  A formal response to plaintiff's complaint shall be filed by the defendants or their counsel as provided for in the Federal Rules of Civil Procedure subsequent to service of process on the defendants;

3.  All pleadings, motions and other documents relating to this action shall be filed with the Clerk of the United States District Court, Northern District of New York, 7th Floor, Federal Building, 100 S. Clinton St., Syracuse, New York 13261-7367.  **Any paper sent by a party to the Court or the Clerk shall be accompanied by a certificate setting forth the date a true and correct copy of same was mailed to all opposing parties or their counsel.  Any letter or other document received by the Clerk or the Court which does not include a certificate of service which clearly states that an identical copy of same was served upon all opposing parties or their attorneys is to be returned without processing.**  Plaintiff shall also comply with any requests by the Clerk's Office for any documents that are necessary to maintain this action.  Motions must comply with Local Rule 7.1 of the Northern District of New York and are to be made returnable before the assigned Magistrate Judge on any business day with proper allowance for notice as required by the Rules.  **Plaintiff is also required to promptly notify the Clerk's Office of any change in his address; his failure to keep such office apprised of his current address will result in the dismissal of the instant action.**  All motions will be decided on submitted papers, without oral argument, unless otherwise ordered by this Court.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   June 11, 2007
         Utica, New York.

2