UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANTHONY BROWN,

                            Plaintiff,

      vs                                                9:06-CV-1497

R.K. WOODS, Superintendent, Upstate
Correctional Facility; and IRISH, Correction
Officer, Upstate Correctional Facility,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                             OF COUNSEL:

ANTHONY BROWN
Plaintiff, Pro Se
04-A-6182
UpState Correctional Facility
PO Box 2001
Malone, New York 12953

HON. ANDREW M. CUOMO
Attorney General of the                  JAMES SEAMAN, ESQ.
   State of New York                         Asst. Attorney General
Attorney for Defendants
Department of Law
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Anthony Brown, brought this civil rights action pursuant to 42 U.S.C.

§ 1983.  By Report-Recommendation dated May 7, 2008, the Honorable David R. Homer,

United States Magistrate Judge, recommended that defendants' motion to dismiss be

granted in all respects and that the amended complaint be dismissed as to all claims and all defenses. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Homer, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The defendants' motion to dismiss the complaint is GRANTED;

2. The amended complaint is DISMISSED; and

3. The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

Dated:  May  29, 2008
        Utica, New York.

United States District Judge